IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DANIEL P. CAMPBELL #1137358 | § | |
| v. | § | CIVIL ACTION NO. 6:11cv396 |
| RICK THALER, ET AL. | § | |

## ORDER

An evidentiary hearing was conducted in this lawsuit on January 5, 2012.  At this hearing, the Plaintiff Daniel Campbell testified about two officers not named as defendants in his lawsuit, but whom he said were deliberately indifferent to his safety.  These two officers were identified as Bradley Yancy and David Johnson.  It is accordingly

ORDERED that the Clerk shall add Bradley Yancy and David Johnson to the docket of this cause as Defendants.  It is further

ORDERED that the Clerk shall cause the docket to reflect the full names of the Defendants Raymond Luna and Thalia Busby.

So **ORDERED** and **SIGNED** this  6   day of  **January, 2012.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE