IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DANIEL P. CAMPBELL,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 6:11-CV-00396 |
| RICK THALER, *et al.,*<br>　　Defendants. | §<br>§<br>§ | |

## NOTICE OF DEFENDANTS' INITIAL DISCLOSURES

Defendants submit their **notice of initial disclosures** to Plaintiff in accordance with FED. R. CIV. P. 26.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**GREG ABBOTT**
　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　**DANIEL T. HODGE**
　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　**DAVID C. MATTAX**
　　　　　　　　　　　　　　　　　Deputy Attorney General for Defense Litigation

　　　　　　　　　　　　　　　　　**KAREN D. MATLOCK**
　　　　　　　　　　　　　　　　　Chief Law Enforcement Defense Division


　　　　　　　　　　　　　　　　　　/s/ Shane Neldner
　　　　　　　　　　　　　　　　　**SHANE D. NELDNER**
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　State Bar No. 00783867
　　　　　　　　　　　　　　　　　Southern District No. 18364
　　　　　　　　　　　　　　　　　P.O. Box 12548, Capitol Station
　　　　　　　　　　　　　　　　　Austin TX 78711
　　　　　　　　　　　　　　　　　(512) 463-2080/ (512) 495-9139 Fax

　　　　　　　　　　　　　　　　　**Attorneys for Defendants**

## NOTICE OF ELECTRONIC FILING

I, SHANE D. NELDNER, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of **Notice of Defendants' Initial Disclosure** in accordance with the Electronic Case Files System of the Eastern District of Texas, on **March 14, 2012**.

/s/ Shane D. Neldner
SHANE D. NELDNER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, SHANE D. NELDNER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the **Notice of Defendants' Initial Disclosure** has been served by placing same in the United States Mail, postage prepaid on **March 14, 2012**, addressed to:

**Daniel P. Campbell
C/o Susan Ortiz
814 Mitchell St. Apt B
Bryan TX 77803**

/s/ Shane D. Neldner
SHANE D. NELDNER
Assistant Attorney General